UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: PARK WEST GALLERIES, INC., MARKETING AND SALES PRACTICES LITIGATION

MDL No. 09-2076RSL

THIS DOCUMENT RELATES TO:

Alleman v. Park West Galleries, Inc., Case No. C09-1716RSL.

ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE

This matter comes before the Court on "Defendant Royal Caribbean Cruises Ltd.'s Motion to Dismiss." Alleman v. Park West Galleries, Inc., C09-1716RSL (Dkt. # 11). The motion was not fully briefed before the matter was transferred to this District and is hereby DENIED without prejudice.

Dated this 5th day of January, 2010.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
TO DISMISS WITHOUT PREJUDICE